**Brett BUSSE, Plaintiff/Appellant,**

v.

**ST. LOUIS BLUES, INC., Defendant,**

and

**SCP Worldwide I., L.P., St. Louis Blues Hockey Club, and Kiel Center Partners, LP, Defendants/Respondents.**

No. ED 98877.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 18, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 2013.

Application for Transfer Denied Oct. 29, 2013.

Russell F. Watters, Patrick A. Bousquet, Mollie G. Mohan, Brown & James, P.C., St. Louis, MO, for appellant.

Lawrence L. Pratt, Portia C. Kayser, St. Louis, MO, for respondents.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA VAN AMBURG, J.

### ORDER

PER CURIAM.

Plaintiff, Brett Busse, appeals from the entry of summary judgment in favor of defendants/respondents. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).